UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 1:23-cr-00222-DLF |
| SAI VARSHITH KANDULA, | : |
| Defendant. | : |

## JOINT MOTION FOR MINUTE ORDER

Defendant Sai Varshith Kandula, by and through his attorney, respectfully submits this Joint Status Report and request the Court issue a minute order directing the D.C. Jail to provide counsel for Mr. Kandula full medical and mental health information about medical treatment and medication. In support of this motion, the Parties state:

1. Since the last hearing, on January 31, 2024, Counsel for Defendant Kandula has arranged for the prescription of medication to treat Defendant Kandula.

2. On February 23, 2024, Counsel for Mr. Kandula met with Defendant Kandula who reported that he was in fact receiving his medication. In addition, Defendant Kandula was advised on waiving medical privacy, commonly called a "HIPPA waiver" to which Mr. Kandula consented and agreed.

3. Having a HIPPA Waiver in place would allow the D.C. Jail to communicate to Counsel for Defendant Kandula full medical and mental health information about medical treatment, medication, and mental health medication and treatment, including compliance with daily proscribed medication.

4. Unfortunately, due to Counsel's location, executing the HIPPA waiver form memorializing Mr. Kandula's election to waive his medical privacy rights to his

5. To remedy this matter, on March 14, 2024, Government and Defense Counsel contacted the District of Columbia Department of Corrections, Office of the General Counsel who indicated that the best way to allow Defendant Kandula's counsel full access to medical information was for the Court to issue a minute order.

6. To that end, the Parties request a minute order issued to the D.C. Jail as follows:

   The District of Columbia Department of Corrections is ordered to provide counsel for Defendant Sai Varshith Kandula, Mr. Scott Rosenblum and Mr. Adam Fein, full access to medical and mental health information, to include history and compliance of proscribed medication.

7. Given the factors described above, the Parties request the Court issue the Minute Order, so Government counsel and provide to the D.C. Department of Corrections.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ Alexander Schneider
ALEXANDER SCHNEIDER
Special Assistant United States Attorney
Michigan Bar No. #P71467
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-7124
Email: alexander.schneider@usdoj.gov

/s/ Scott Rosenblum
SCOTT ROSENBLUM
Counsel for Defendant
Missouri Bar No. #33390
120 S. Central Ave., #130
Clayton, MO 63105
Phone (314) 862-4332
Email: srosenblum@rsfjlaw.com