UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 23-CR-00222 (DLF)** |
| : | |
| **SAI VARSHITH KANDULA,** : | |
| : | |
| **Defendant.** : | |

**FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant Sai Kandula, by and through counsel, moves this Court to continue the sentencing scheduled for August 23 to September 23 or October 7. In support of this motion, Defendant states as follows:

1. Defendant's sentencing is scheduled for August 23.

2. Defendant's sentencing memorandum is due August 6.

3. Counsel needs additional time to prepare Defendant's memorandum and to confer with Defendant's psychiatric expert before sentencing.

4. Defendant, through counsel, has discussed this matter with Assistant United States Attorney Alexander Schneider.

5. Mr. Schneider does not oppose Defendant's request and is available on September 23 and October 7.

For the reasons above, Defendant respectfully requests this Court continue the sentencing scheduled for August 23 to September 23 or October 7.

Respectfully submitted,

*/s/ Scott Rosenblum*
SCOTT ROSENBLUM
Counsel for Defendant
Missouri Bar No. #33390
120 S. Central Ave., #130
Clayton, MO  63105
Phone (314) 862-4332
Email: srosenblum@rsfjlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 5, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Alexander Schneider, Assistant United States Attorney.