**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-CR-00222 (DLF)** |
| | : | |
| **SAI VARSHITH KANDULA,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF MANUAL FILING**

Defendant Sai Kandula, by and through counsel and pursuant to Local Rule 5.4(e)(1), gives notice to this Court and the government of the manual filing identified below.

1.  One Flash with two video files: a law enforcement bodycam file of Defendant's arrest, labelled Exhibit 1 (body cam), and a fixed position surveillance video of Defendant's crash into the White House grounds balustrades, labelled Exhibit 2 (fixed video surveillance).

2.  The files above are in video format and thus "not in a format that readily permits electronic filing." LCvR 5.4(e)(1).

3.  Both video files were received from the Government through the discovery process and are in the Government's possession.

4.  Through counsel, Defendant will deliver the flash drive referenced above directly to chambers via USPS or private carrier air delivery.

1

Respectfully submitted,

*/s/ Scott Rosenblum*
SCOTT ROSENBLUM
Counsel for Defendant
Missouri Bar No. #33390
120 S. Central Ave., #130
Clayton, MO  63105
(314) 862-4332
srosenblum@rsfjlaw.com

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, this document was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Alexander Schneider, Assistant United States Attorney.