UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-CR-00222-DLF |
| SAI VARSHITH KANDULA, : | |
| : | |
| Defendant. : | |

## ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION

Pursuant to 18 U.S.C. § 4244(a), the Court finds that there is reasonable cause to believe that the defendant, Sai Varshith Kandula, may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility. The Court orders a psychiatric or psychological examination pursuant to section 4244(b), and upon completion of the examination, a hearing will be held in accordance with section 4244(c).

**IT IS ORDERED**: That the defendant be committed to the custody of the Attorney General of the United States for the purpose of a psychiatric or psychological examination at a suitable federal facility under 18 U.S.C. § 4244 and 4247. The examination shall be conducted by a licensed or certified psychiatrist and/or psychologist, or more than one such examiner. A report shall be prepared by the examiner and shall be filed under seal with the Court with copies provided to counsel for the defendant and to the attorney for the government The psychiatric or psychological report shall include—

(1)　the person's history and present symptoms;

(2)　a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)　the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the person is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility. 18 U.S.C. § 4247(c)(1-4).

**IT IS ORDERED:** That within thirty days of the date of this order, a written report shall be provided to the Court and counsel for the Government and defendant in accordance with the provisions of 18 U.S.C. § 4247(c). The director of the federal facility in which the defendant is placed may apply for a reasonable extension, but not to exceed fifteen days, upon a showing of good cause that the additional time is necessary to observe and evaluate the defendant pursuant to 18 U.S.C. § 4247(c).

The Court further authorizes the United States Probation Office to release any and all information and documentation to the Federal Bureau of Prisons to facilitate the completion of this examination process.

SO ORDERED.

Date: October 1, 2024

DABNEY L. FRIEDRICH
United States District Judge

Copies:

Attorney for Defendant:
Scott Rosenblum, Esq
srosenblum@rsfjlaw.com

Attorney for Government:
Alexander R. Schneider
Special Assistant U.S. Attorney
alexander.schneider@usdoj.gov