UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 1:23-cr-00222-DLF** |
| | : | |
| **SAI VARSHITH KANDULA,** | : | |
| **Defendant.** | : | |
| | : | |

### JOINT STATUS REPORT

The Government and Defendant Sai Varshith Kandula, by and through his attorney, respectfully submits this Joint Status Report regarding the defendant's pending psychiatric and psychological examination pursuant to 18 U.S.C. § 4244(b).

1. On October 1, 2024, the Court found there was reasonable cause to believe that the defendant, Sai Varshith Kandula, may presently be suffering from a mental disease or defect for the treatment of which he may need to be placed in custody for care or treatment in a suitable facility. As a result, the Court ordered a psychiatric or psychological examination pursuant to 18 U.S.C. § 4244(b). The defendant was committed to the custody of the Attorney General of the United States for the purpose of a psychiatric or psychological examination at a suitable federal facility under 18 U.S.C. § 4244 and 4247. The Court directed the parties to provide a monthly joint status report on the defendant's progress, beginning on November 1, 2024.

2. Defendant Kandula was transported by the United States Marshals Service (USMS) and arrived at the Federal Medical Center, Butner, North Carolina on October 21, 2024. The Forensic Psychologist responsible for his examination reached out to counsel for both the defendant and government for the purpose of gathering materials relevant to the examination on October 22, 2024.

3. According to the Bureau of Prisons, the defendant's evaluation period should end on November 20, 2024. At this point, the evaluation report will be completed, which typically takes two weeks. Once complete, Defendant Kandula will be transported back to the District of Columbia and the Court can schedule and conduct the hearing required under 18 U.S.C. § 4244(c). Based on this timeline, including the transportation timeline of the United States Marshal's Service, the defendant is estimated to be back in the jurisdiction no later than December 28, 2024.

4. The parties will continue to monitor the defendant's progress, will alert the Court to any issue that causes a deviation in this expected timeline, and will submit the next Joint Status Report on 1 December with an update to his progress and expected date of return.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

| | |
|---|---|
| */s/ Alexander Schneider* | */s/ Scott Rosenblum* |
| ALEXANDER SCHNEIDER | SCOTT ROSENBLUM |
| Special Assistant United States Attorney | Counsel for Defendant |
| Michigan Bar No. #P71467 | Missouri Bar No. #33390 |
| 601 D Street, N.W. | 120 S. Central Ave., #130 |
| Washington, D.C. 20530 | Clayton, MO 63105 |
| Phone: (202) 252-7124 | Phone (314) 862-4332 |
| Email: alexander.schneider@usdoj.gov | Email: srosenblum@rsfjlaw.com |